Commonwealth, Appellant, *v.* Provident Trust Company of Philadelphia (No. 1).

Argued May 27, 1935. Before SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

388

390

392

*Philip S. Moyer,* with him *Charles J. Margiotti,* Attorney General, for appellant.

*George Ross Hull,* of *Snyder, Hull, Hull & Leiby,* with him *MacCoy, Brittain, Evans & Lewis* and *Morgan, Lewis & Bockius,* for appellee.

PER CURIAM, June 29, 1935:

The judgment in this case is affirmed on the final opinion of President Judge HARGEST.